**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Case No. 14-43073-659 |
| | ) Honorable Kathy Surratt-States |
| QUAIL RIDGE OF VERO BEACH, LLC, | ) Chapter 7 |
| | ) |
| Debtor. | ) |

**SUBMISSION OF CREDITOR MATRIX PURSUANT TO ORDER GRANTING**
**EMERGENCY MOTION TO AUTHORIZE TRUSTEE TO FILE CREDITOR MATRIX**

Pursuant to the Order of this Court authorizing the Trustee to compile and file an

unverified creditor matrix in this matter for the purpose of providing notice to all known

creditors and parties in interest of the continued 341 Meeting of Creditors to be conducted on

July 22, 2014 at 9:30 a.m., Trustee hereby submits the attached list consisting of 2 pages which

contains (a) the names and addresses of creditors listed in a draft Statement of Financial Affairs

and Schedules of Assets and Liability in the Trustee's possession and (b) a list of creditors

provided by Debtor's primary secured lender.

Respectfully Submitted,
SUMMERS COMPTON WELLS LLC


Date:  June 20, 2014          By: /s/  David A. Sosne
                              DAVID A. SOSNE    #28365MO
                              Chapter 7 Trustee
                              8909 Ladue Road
                              St. Louis, Missouri  63124
                              (314)991-4999
                              (314)991-2413/FAX
                              dastrustee@summerscomptonwells.com

Carole Jean Jordan Tax Collector
PO Box 610
Vero Beach, FL 32961-0610

US Department of Treasury
PO Box 790390
St. Louis, MO 63179-0390

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

Hazel Investments, LP
PO Box 1879
Washington, MO 63090

Douglas and Elizabeth Hazel
4525 Dubois Creek Lane
Washington, MO 63090

Stephen and Alina Smith
PO Box 643327
Vero Beach, FL 32964

STS Investments LLC
PO Box 643327
Vero Beach, FL 32964

STS Investments LLC
William N. Kirk, Registered Agent
979 Beachland Blvd
Vero Beach, FL 32963

Ahearn Jasco & Company, P.A.
190 S.E. 19th Avenue
Pompano Beach, FL  33060-7541

Lassiterware Insurance
1317 Citizens Boulevard
P.O. Box 490690
Leesburg, FL  34749-0690

Mike Staszeweski, President
Staski Enterprises, Inc.
7180 1st Street SW
Vero Beach, FL 32968

Michael and Ann Staszewski d/b/a
Staski Enterprises – Farm Division
7180 1st Street SW
Vero Beach, FL 32698

Heartland Bank
212 South Central Avenue
Clayton, MO 63105

Matthew S. Layfield
Polsinelli Shughart PC
100 South Fourth Street
Suite 1000
St. Louis, MO 63102